*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 25, 2015                519628
_____

In the Matter of WILLIE JAMES,
                    Petitioner,

        v

ANTHONY J. ANNUCCI, as Acting          MEMORANDUM AND JUDGMENT
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                    Respondents.
_____

Calendar Date:  May 5, 2015

Before:  Peters, P.J., Garry, Egan Jr. and Clark, JJ.

                    _____


        Willie James, Auburn, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondents.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County)
to, among other things, review a determination of respondent
Commissioner of Corrections and Community Supervision which found
petitioner guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., Garry, Egan Jr. and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court